IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES SMITH ENTERPRISES, LLC, | |
| Plaintiff, | Civil Action No. 14-202-GMS |
| v. | |
| AUTONOMY, INC., | |
| Defendant. | |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

At Wilmington, this 26th day of _____, 2014, upon consideration of the Unopposed Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Charles Smith Enterprises, LLC, and defendant Autonomy, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED,

It is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Charles Smith Enterprises, LLC, and defendant Autonomy, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated July 22, 2014.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

UNITED STATES DISTRICT JUDGE